UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: JOHNSON & JOHNSON TALCUM PRODUCTS MARKETING, SALES PRACTICES & PRODUCTS LIABILITY LITIGATION | MDL No. 16-md-2738 |
|---|---|
| *This Document Relates To:*<br><br>DEBORAH JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>    Defendants. | Case No. 3:16-cv-07664-FLW-LHG |

## MOTION TO WITHDRAW DANIEL C. HEDLUND AS COUNSEL OF RECORD FOR PLAINTIFF DEBORAH JOHNSON

Gustafson Gluek PLLC respectfully moves the Court to withdraw the appearance of Daniel C. Hedlund as counsel of record for Plaintiff Deborah Johnson. The law firm of Burns Charest LLP will continue to represent Plaintiffs in this matter, to whom all further communications and notices to Plaintiffs should be directed.

Dated: February 16, 2021

Respectfully submitted,

 s/Warren T. Burns
Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
500 North Akard Street, Suite 2810

Granted. So ordered this 2nd day of March, 2021.

_____
LOIS H. GOODMAN, U.S.M.J.